UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:16-CR-116-D-20

| | |
|---|---|
| UNITED STATES OF AMERICA | ) ) ) |
| v. | ) ) |
| DERRICK TYRONE INGRAM | ) ) ) |

**ORDER**
**GRANTING MOTION TO SEAL**

THIS MATTER is before the Court on defendant's motion to file his Sentencing Memorandum under seal.

FOR GOOD CAUSE SHOWN, defendant's motion is hereby GRANTED.

SO ORDERED, this the 10 day of October, 2017.

HON. JAMES C. DEVER, III
Chief Judge, U.S. DISTRICT COURT