UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
File No.: 7:16-CR-116-D-20

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | (DE 1581) |
| DERRICK TYRONE INGRAM | ) | |
| | ) | |

Upon the motion of the defendant and for good cause shown, it is hereby ordered that DE 1581 (Defendant's Medical Records) be sealed until further notice by this Court.

This 7 day of September, 2021.

JAMES C. DEVER III
United States District Judge